WDQ-04-215

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In re:                                      *

WILLIAM RAY MILLER                          *        Case No. 00-6-1758-JS
a/k/a RAY MILLER,

              Debtor.                     *        Chapter 7

                                           *

*     *     *     *     *     *     *

CIGNA INSURANCE COMPANY,
INSURANCE COMPANY OF NORTH
AMERICA, CENTURY INDEMNITY
COMPANY, CIGNA FIRE UNDERWRITERS
INSURANCE COMPANY, INDEMNITY
INSURANCE COMPANY OF NORTH
AMERICA, PACIFIC EMPLOYERS
INSURANCE COMPANY, and BANKERS
STANDARD INSURANCE COMPANY,

              Plaintiffs,                  *

          v.                                 *        Adversary Proc. No. 01-5344-JS

WILLIAM RAY MILLER                          *
a/k/a RAY MILLER,
                                            *
             Defendant.

       *     *     *     *     *     *     *

**APPELLEES' ADDITIONAL ITEMS FOR**
**INCLUSION IN DESIGNATION OF RECORD AND**
**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Comes now the Appellees, (Plaintiffs) CIGNA Insurance Company, *et al.*, by and

through their attorneys, Stephen F. Fruin and Whiteford, Taylor & Preston L.L.P., and pursuant

to Bankruptcy Rule 8006 and Local Rule 4003 file this designation of items in addition to those

stated by the Appellant to be included in the designation of the record and statement of issues to be presented on appeal.

    A.    <u>Appellees' Additional Items for Designation of the Record</u>

        The Appellees designate the following items for inclusion in the record on appeal in addition to those previously designated by the Appellant:

| Designation # | Docket# | Docket Entry | Filed |
|---|---|---|---|
| 11 | 13 | List of Exhibits Filed by Plaintiff Bankers Standard Insurance Company, Plaintiff CIGNA Property and Casualty Insurance, Plaintiff CIGNA Fire Underwriters Insurance Co., Plaintiff CIGNA Insurance Company RE: [1-1] Complaint NOS 426 Dischargeability 523. (mrybcynski) (Entered: 05/10/2002) | 05/06/2002 |
| 12 | 21 | Order Granting Plaintiffs' Motion for Summary Judgment and Determining Debts to be Nondischargeable (related document(s): [10] Motion for Summary Judgment filed by Plaintiff Insurance Company of North America, Plaintiff Century Indemnity Company, Plaintiff America, Plaintiff Pacific Employers Insurance Company, Plaintiff Bankers Standard Insurance Company, Plaintiff CIGNA Insurance Company, Plaintiff CIGNA Fire Underwriters Insurance Co., Plaintiff CIGNA Property and Casualty Insurance) Signed on 12/31/2003. (Burkhart, M) (Entered: 12/31/2003) | 12/31/2003 |
| 13 | | Transcript of Hearing on May 20, 2002 before the Honorable James F. Schneider on Plaintiffs' Motion for Summary Judgment | |
| 14 | | Opinion of the Court of Appeals of Maryland in *Insurance Co. of North America v. Miller*, 362 Md. 361, 765 A.2d 587 (2001) | |

Respectfully submitted,

/s/  Stephen F. Fruin
Stephen F. Fruin, #08456
Carol L. Hoshall, #05417
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
Telephone: 410-347-9494
Facsimile:  410-625-7510
Attorneys for Appellees

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January 2004, a copy of the

foregoing pleading was sent, by first class mail, to:

James R. Schraf, Esquire
Lipshultz and Hone, Chartered
Montgomery Center – Suite 108
8630 Fenton Street
Silver Spring, MD  20910

Charles R. Goldstein, Esquire
Two North Charles Street
Suite 400
Baltimore, MD  21201

Richard Gins, Esquire
Gins & Greenfeld
5028 Wisconsin Avenue, N.W.
Suite 400
Washington, DC  20016

Office of the U.S. Trustee
300 West Pratt Street
Suite 350
Baltimore, MD  21201

/s/  Stephen F. Fruin
Stephen F. Fruin

1537182

3

**SO ORDERED**

**Date signed December 30, 2003**



*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In re:                                          *

WILLIAM RAY MILLER,                  *            Case No.  00-6-1758-JS

                        Debtor        *               (Chapter 7)

*    *    *    *    *    *                *    *    *    *    *
CIGNA INS. CO., INSURANCE
CO. OF NORTH AMERICA,
CENTURY  INDEMNITY CO.,
CIGNA FIRE UNDERWRITERS
INS. CO.,CIGNA PROPERTY
AND  CASUALTY INS. CO.,
INDEMNITY INS. CO. OF
NORTH AMERICA, PACIFIC  *
EMPLOYERS INS. CO. and
BANKERS STANDARD INS. CO.,

                Plaintiffs            *

v.                                              *            Adv. Proc. No. 01-5344-JS

WILLIAM RAY MILLER,                  *

                Defendant             *

*    *    *    *    *    *    *    *    *    *    *    *    *

### *ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DETERMINING DEBTS TO BE NONDISCHARGEABLE*

For the reasons stated in the Memorandum Opinion filed simultaneously herewith, the plaintiffs' motions for summary judgment are hereby GRANTED and the judgment entered against the defendant, William Ray Miller, on May 21, 2001, by the Circuit Court for Baltimore County in the amount of amount of $597,850, plus prejudgment interest in the amount of $95,873, and postjudgment interest in the amount of $87,303, and costs in the amount of $3,569.20, for a total debt of $784,595.20, plus accrued interest is hereby determined to be NONDISCHARGEABLE.

### END OF ORDER

2

cc:    Stephen F. Fruin, Esquire
       Whiteford, Taylor & Preston, LLP
       7 Saint Paul Street, Suite 1400
       Baltimore, Maryland 21202
       Attorneys for the Plaintiffs

       John R. Schraf, Esquire
       Lipschultz and Hone, Chartered
       Suite 108, Montgomery Center
       8630 Fenton Street
       Silver Spring, Maryland 20910
       Attorneys for the Defendant

       Richard H. Gins, Esquire
       Gins & Greenfield
       5028 Wisconsin Avenue, N.W., Suite 300
       Washington, D.C.  20016
       Attorneys for the Defendant

       William Ray Miller
       P.O. Box 757
       Severna Park, Maryland  21146

       Charles R. Goldstein, Esquire
       Chapter 7 Trustee
       2 North Charles Street
       Baltimore, Maryland  21201

       Office of the United States Trustee
       300 W. Pratt Street, Suite 350
       Baltimore, Maryland 21201

3